IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Giles, Barbara A          Case Number: 07 B 08675
                                     Judge: Squires, John H

Printed: 11/20/07                    Filed: 5/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts | Disbursements |
|---|---|---|
|                  | 1,300.00 |               |
| Secured:         |          | 1,229.80      |
| Unsecured:       |          | 0.00          |
| Priority:        |          | 0.00          |
| Administrative:  |          | 0.00          |
| Trustee Fee:     |          | 70.20         |
| Other Funds:     |          | 0.00          |
| Totals:          | 1,300.00 | 1,300.00      |

## DISBURSEMENT DETAIL

|    | Creditor Name                | Type           | Repayment  | Paid to Date    |
|----|------------------------------|----------------|------------|-----------------|
| 1. | Robert J Semrad & Associates | Administrative | 1,334.00   | 0.00            |
| 2. | HomEq Servicing Corp         | Secured        | 0.00       | 0.00            |
| 3. | Great American Finance Company | Secured      | 0.00       | 0.00            |
| 4. | Wells Fargo Fin Acceptance   | Secured        | 17,000.00  | 1,229.80        |
| 5. | HomEq Servicing Corp         | Secured        | 44,000.00  | 0.00            |
| 6. | Wells Fargo Fin Acceptance   | Unsecured      | 240.28     | 0.00            |
| 7. | ECast Settlement Corp        | Unsecured      | 170.59     | 0.00            |
| 8. | I C Systems Inc              | Unsecured      | 129.24     | 0.00            |
| 9. | Nicor Gas                    | Unsecured      | 21.54      | 0.00            |
| 10.| Resurgent Capital Services   | Unsecured      | 980.19     | 0.00            |
| 11.| ECast Settlement Corp        | Unsecured      | 169.85     | 0.00            |
| 12.| Federal Financial            | Unsecured      |            | No Claim Filed  |
|    |                              |                | _____ | _____      |
|    |                              |                | $ 64,045.69 | $ 1,229.80     |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4%     | 70.20      |
|          | _____ |
|          | $ 70.20    |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Giles, Barbara A

Printed:  11/20/07

Case Number:  07 B 08675
Judge:  Squires, John H

Filed:  5/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_